HAZEL WIEDHOPF and Another v. ALBERT KELEMEN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS VARVARO v. AMERICAN AGRICULTURIST, INC., and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES VARVARO v. AMERICAN AGRICULTURIST, INC., and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VINCENT LUMIA v. AMERICAN AGRICULTURIST, INC., and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of HENRY MORRIS for a Peremptory Writ of Mandamus.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWIN V. MACDONALD and Another v. DAVID BRENNER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SUPREME SPECIALTY MANUFACTURING CO., INC., v. ADOLF F. DEMUTH and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COLUMBUS SPA, INC., v. STAR COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COLLEGE HOLDING CO., INC., v. SIMON SULTAN and Others, Defendants, and IRVING H. WOLFE, Respondent.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD I. HEYMAN, Doing Business, etc., v. SAM WITKIN and Another, Copartners, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

LAGANAS SHOE MANUFACTURING COMPANY v. THALHEIMS' WEARWELL SHOE CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN STEIN v. ISABELLA WHEELWRIGHT.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

URCIE DERMER v. GEORGE WESTON, as Treasurer, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILLIE PAPE v. RED CAB MUTUAL CASUALTY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.